Tuesday, October 7, 2014

No. 14–0724/NA. U.S. v. Nancy L. Castillo. CCA 201300280. Review granted on the following issue:

> WHETHER THE LOWER COURT IMPROPERLY DETERMINED THAT DUTY TO SELF–REPORT ONE'S OWN CRIMINAL ARRESTS FOUND IN OFFICE OF THE CHIEF OF NAVAL OPERATIONS IN-STRUCTION 3120.32C WAS VALID DESPITE THE INSTRUCTION'S OBVIOUS CONFLICT WITH SUPERIOR AUTHORITY AND THE FIFTH AMENDMENT.

Briefs will be filed under Rule 25.

No. 13–0498/AF. U.S. v. Christopher J. Martin. CCA S32035. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 27, 2014.

No. 14–0095/AF. U.S. v. Benjamin R. Loveridge. CCA 37872. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 27, 2014.

No. 14–0100/AF. U.S. v. Jason Thompson. CCA S31996. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 27, 2014.

No. 14–0107/AF. U.S. v. Andrew F. Piette. CCA 38101. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 27, 2014.